Lisa S. Kantor, (State Bar No. 110678), lkantor@kantorlaw.net
Elizabeth K. Green (State Bar No. 199634), egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiffs
Daniel P. Porter and Cherie Porter

SEYFARTH SHAW LLP
Kamili W. Dawson, (State Bar No. 193264), kdawson@seyfarth.com
Adrienne E. Nelson, (State Bar No. 209305), anelson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
BLUE CROSS BLUE SHIELD OF ILLINOIS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, erroneously sued as BLUE CROSS BLUE SHIELD OF ILLINOIS and UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN sued erroneously as UNITED AIRLINES RETIREE MEDICAL PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. PORTER, ET AL., | Case No. 2:09-CV-01604 FCD DAD |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE VDRP AND DISCOVERY DEADLINE** |
| BLUE CROSS BLUE SHIELD OF ILLINOIS, ET. AL., | |
| Defendants. | |

The Parties to the above entitled action, Blue Cross Blue Shield of Illinois, a Division of Health Care Service Corporation, United Airlines Employee Welfare Benefit Plan ("Defendants"), Daniel Porter and Cherie Porter ("Plaintiffs") (collectively referred to as the "Parties"), by and through their undersigned counsel, enter into the following Stipulation:

**STIPULATION AND ORDER RE ADR/DISCOVERY**

1   WHEREAS, the Parties agreed to submit this case to the Voluntary Dispute Resolution
2   Program ("VDRP") pursuant to Local Rule 16-271(e)(1),
3   WHEREAS, on or about September 21, 2009, the Parties agreed to utilize James P. Baker
4   of Jones Day law firm as a neutral,
5   WHEREAS, the Parties were not contacted by Mr. Baker's office to schedule the VDRP
6   until November 19, 2009.
7   WHEREAS, the Parties engaged in discussions in order to find a date to conduct the
8   VDRP session that was mutually agreeable and scheduled a session for January 20, 2010,
9   WHEREAS, the Parties were informed by an automated email on January 4, 2009, that
10  the neutral Mr. Baker is no longer employed by Jones Day,
11  WHEREAS, the Parties have not been informed regarding the nature of Mr. Baker's
12  departure or been provided with any forwarding information,
13  WHEREAS, the Parties have contacted Linda A. Martinez, VDRP Administrator, and
14  have secured another list of neutrals to select from to complete the VDRP.  The parties are
15  currently considering the proposed list of neutrals;
16  WHEREAS, the Parties require additional time to conduct discovery in order to make the
17  VDRP session more meaningful,
18  NOW THEREFORE, the Parties stipulate to extend any deadline to complete the VDRP
19  to May 3, 2010, to complete discovery to May 3, 2010, to complete expert discovery to May 17,
20
21
22
23
24
25  ///
26  ///
27  ////
28

2
**STIPULATION AND ORDER RE ADR/DISCOVERY**

2010 and supplemental expert disclosure to May 31, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: January 8, 2010                KANTOR & KANTOR , LLP

                                      By:
                                      _____/S/_____
                                      Elizabeth Green
                                      Attorneys for Plaintiffs
                                      DANIEL PORTER AND CHERIE
                                      PORTER


Dated:  January 8, 2010               SEYFARTH SHAW LLP

                                      By:
                                      _____/S/_____
                                      Kamili W. Dawson
                                      Attorneys for Defendants
                                      BLUE CROSS BLUE SHIELD OF
                                      ILLINOIS, A DIVISION OF
                                      HEALTH CARE SERVICE
                                      CORPORATION, A MUTUAL
                                      LEGAL RESERVE COMPANY and
                                       UNITED AIRLINES EMPLOYEE
                                      WELFARE BENEFIT PLAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 8, 2010

                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND ORDER RE ADR/DISCOVERY**