Lisa S. Kantor, Esq. State Bar No. 110678, lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634, egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiffs,
Daniel P. Porter and Cherie Porter

SEYFARTH SHAW LLP
Kamili W. Dawson, State Bar No. 193264, kdawson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
Blue Cross Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, erroneously sued as Blue Cross Blue Shield of Illinois, and United Airlines Employee Welfare Benefit Plan, sued erroneously as United Airlines Retiree Medical Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. PORTER and CHERIE PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS and UNITED AIRLINES RETIREE MEDICAL PLAN;<br><br>Defendants.<br>_____ | CASE NO: 2:09-cv-01604-FCD-DAD<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT BLUE CROSS BLUE SHIELD OF ILLINOIS WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Daniel P. Porter and Cherie Porter, and Defendants Blue Cross Blue Shield of Illinois, a Division of health care Service Corporation, a Mutual Legal Reserve Company ("HCSC") and United Airlines Employee Welfare Benefit Plan ("United"), by and through their respective counsel of record, that this action shall be dismissed with prejudice as to Defendant

HCSC.

This action is governed by ERISA and results from a denial of medical benefits to Plaintiff by Defendants under a group plan of health insurance created by Defendant United for the benefit of its employees. Defendant United acknowledges that should medical benefits be found owing to Plaintiff pursuant to the terms of the subject ERISA plan, it will be the party obligated to pay said benefits, judgment, and any attorneys' fees and costs ordered by the Court.

The parties further agree that based on Defendant United's foregoing obligations, Defendant HCSC is not a necessary party to this action. Defendant United further agrees that at no time during the course of this litigation will it contend that the action is defective as a result of HCSC having been dismissed from the action.

This Stipulation is based on the mutual understanding that dismissal of HCSC will not affect the ability of the remaining Defendant to satisfy any money judgment issued in this action. Defendant HCSC agrees to waive attorneys' fees and costs against Plaintiffs and Plaintiffs agree to waive attorneys fees and costs against Defendant HCSC only.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April __, 2010                    KANTOR & KANTOR , LLP

                                         By: ___/s/_____
                                             Elizabeth Green
                                             Attorneys for Plaintiffs
                                             Daniel Porter and Cherie Porter

Dated: April __, 2010                    SEYFARTH SHAW LLP
                                         By: __/s/_____
                                             Kamili W. Dawson
                                             Attorneys for Defendants
                                                 Blue Cross Blue Shield of Illinois,
                                                 a Division of Health Care Service
                                                 Corporation, a Mutual Legal
                                                 Reserve Company and United
                                                 Airlines Employee
                                                 Welfare Benefit Plan

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice as to Defendant HCSC only. Plaintiffs and Defendant HCSC to bear their own costs and attorneys' fees as between each other.

DATED: April 19, 2010                    _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE