1  Lisa S. Kantor, Esq. State Bar No. 110678, lkantor@kantorlaw.net
   Elizabeth K. Green, Esq. State Bar No. 199634, egreen@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272

5  Attorneys for Plaintiffs,
   Daniel P. Porter and Cherie Porter
6
   SEYFARTH SHAW LLP
7  Kamili W. Dawson, State Bar No. 193264, kdawson@seyfarth.com
   560 Mission Street, Suite 3100
8  San Francisco, California 94105
   Telephone: (415) 397-2823
9  Facsimile: (415) 397-8549

10 Attorneys for Defendants
   Blue Cross Blue Shield of Illinois, a Division of Health Care Service Corporation, a
11 Mutual Legal Reserve Company, erroneously sued as Blue Cross Blue Shield of
   Illinois, and United Airlines Employee Welfare Benefit Plan, sued erroneously as
12 United Airlines Retiree Medical Plan

13
                      UNITED STATES DISTRICT COURT
14
                     EASTERN  DISTRICT OF CALIFORNIA
15

16 DANIEL P. PORTER and CHERIE          )   CASE NO:  2:09-cv-01604-FCD-DAD
   PORTER,                              )
17                                      )
              Plaintiffs,               )   STIPULATION AND ORDER TO
18                                      )   DISMISS DEFENDANT UNITED
                                        )   AIRLINES RETIREE MEDICAL PLAN
19            vs.                       )   **WITH PREJUDICE**
                                        )
20                                      )
   BLUE CROSS BLUE SHIELD OF            )
21 ILLINOIS and UNITED AIRLINES         )
   RETIREE MEDICAL PLAN;                )
22                                      )
              Defendants.               )
23 _____  )

24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

                                      1

1  IT IS HEREBY STIPULATED, by and between Plaintiffs Daniel P. Porter and

2  Cherie Porter and Defendant United Airlines Retiree Medical Plan, by and through

3  their respective counsel of record, that this action shall be dismissed with prejudice.

4  Each party shall bear its own fees and costs.

5  Dated: June 20, 2010                         KANTOR & KANTOR , LLP

6

7                                                      By: ____/s/_____

8                                                          Elizabeth Green
                                                            Attorneys for Plaintiffs
9                                                          Daniel Porter and Cherie Porter

10 Dated: June __, 2010                         SEYFARTH SHAW LLP

11

12                                                    By: ____/s/_____
                                                          Kamili W. Dawson
13                                                        Attorneys for Defendant
                                                            United Airlines Retiree Medical Plan
14

15

16                                              **ORDER**

17

18     IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, the above

19 entitled action is dismissed with prejudice as to Defendant United Airlines Retiree

20
   Medical Plan with each party bearing their own costs and attorneys' fees.
21

22

23
   DATED: July 7, 2010
24
                                                    _____
25                                                  FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE
26

27

28

                                              2